AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means      ☑ Original      ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Apple iPhone X cellular telephone bearing serial number F17VQCX0JCL9 associated with phone number (860) 202-4565 & used by Robert Eccleston | Case No. 3:20MJ1071    (SALM) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of Connecticut
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    December 24, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Sarah A. L. Merriam    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    12/10/2020 6:39 pm        Sarah A. L. Merriam, U.S.M.J.   *Digitally signed by Sarah A. L. Merriam, U.S.M.J. Date: 2020.12.10 18:40:07 -05'00'*
                                                                                   *Judge's signature*

City and state:    New Haven, Connecticut        Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
                                                  *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>3:20MJ1071      (SALM) | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

| **Certification** |
|---|
|   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>                   _____<br>                   *Executing officer's signature*<br><br>                   _____<br>                   *Printed name and title* |

**Attachment A**
**Property to be Searched**

The property to be searched is an Apple iPhone X cellular telephone bearing serial number F17VQCX0JCL9 and an International Mobile Equipment Identifier ("IMEI") of 35940708676321 (the "TARGET DEVICE"). The TARGET DEVICE is believed to be associated with phone number (860) 202-4565 and is believed to be used by Robert ECCLESTON.

## ATTACHMENT B
### Items to Be Seized

All records on the TARGET DEVICE that relate to violations of 18 U.S.C. § 2252A(a)(2) (concerning distribution of child pornography) and 18 U.S.C. § 2252A(a)(5)(B) (concerning possession of child pornography) between the dates of July 19, 2019, and present, involving Robert ECCLESTON, including:

1. Records in any form, including group or private messages, with any person through Kik concerning the sexual exploitation of minors;

2. Records and information relating to images, videos, or other media of suspected child pornography, minors engaged in sexually explicit conduct, or child erotica;

3. Communications with, involving, or concerning any Online Covert Employees of the FBI, whose identities are known to the Affiant;

4. Records, contacts, and communications, including private messages, with any member of Kik Public Groups 1, 2, and 3, the true names of which are known to the Affiant.

5. Records and information relating to the existence or former existence of sites on the Internet or publications, including LS Magazine, that contain child pornography or that cater to those with an interest in child pornography;

6. Records and information relating to membership in online groups, clubs, or services that provide or make accessible child pornography to members; and

7. Evidence indicating the user of the "mowglihartford" and "hartfordctguy" Kik accounts and the email accounts bob.eccleston@sbcglobalnet, mowglihartford@gmail.com, and acousticawakening@gmail.com.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review. The warrant shall be deemed executed once the contents of the TARGET DEVICE have been extracted through the computer-assisted medium and further analysis of the TARGET DEVICE is permitted at any time thereafter.