UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:22-CR-15 (MPS) |
| v. | VIOLATION: |
| ROBERT ECCLESTON | 18 U.S.C. § 2252A(a)(2) and (b)(1) (Distribution of Child Pornography) |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
(Distribution of Child Pornography)

Between approximately August 15, 2020, and approximately December 15, 2020, in the District of Connecticut, the defendant ROBERT ECCLESTON, did knowingly distribute material containing child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including but not limited to a file ending in the numbers 4235947, knowing that the material contained visual depictions of minors engaging in sexually explicit conduct, which was distributed using any means and facility of interstate and foreign commerce and had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

### FORFEITURE ALLEGATION
(Sexual Exploitation of Children)

Upon conviction of the offense alleged in Count One of this Information, defendant ROBERT ECCLESTON shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a), all right, title, and interest in any property used or intended to be used to commit or promote the commission of the said offenses, all property constituting or traceable to gross profits or other

1

proceeds obtained from such offenses, and all visual depictions described in 18 U.S.C. §§ 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including but not limited to the following: an Apple iPhone X, bearing serial number F17VQCX0JCL9, which was seized from the defendant on December 11, 2020.

If any of the above described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

All in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853, and Rule 32.2(a), Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_____
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
ANGEL M. KRULL
ASSISTANT UNITED STATES ATTORNEY